UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PROGRESSIVE PALOVERDE INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO: 19-12840<br>c/w 19-13010<br>c/w 19-13011<br>c/w 19-13082<br>c/w 20-392 |
| THE ESTATE OF BOBBY JENKINS, et al. | SECTION: "J"(1) |

### ORDER

Considering the Court's Order (Rec. Doc. 319),

**IT IS HEREBY ORDERED** that Plaintiffs shall **SHOW CAUSE** in writing why their claims against Heck Industries Incorporated ("Heck") and Kent Enterprises, LLC ("Kent") should not be dismissed with prejudice. Plaintiffs shall file a written response to this Show Cause Order by no later than March 10, 2021.

**IT IS FURTHER ORDERED** that Heck or Kent shall file a reply by no later than March 17, 2021.

New Orleans, Louisiana, this 23rd day of February, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE